UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

CEDRIC BISHOP AND ON BEHALF OF ALL
OTHER PERSONS SIMILARLY SITUATED

Plaintiff,

v.

SCHRADER YACHT SALES, INC.

Defendant.

------------------------------------------------------x

No.: 19-cv-01315

ECF CASE

**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CEDRIC BISHOP, and Defendant, SCHRADER YACHT SALES, INC., in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       October 29, 2019

**LITTLER MENDELSON P.C.**

_Daniella Adler_
Daniella Adler, Esq.
900 Third Avenue
New York, New York 10022
(212) 583-9600
Attorneys for Defendant

**GOTTLIEB & ASSOCIATES**

_Jeffrey M. Gottlieb_
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
Attorneys for Plaintiffs

SO ORDERED:

_Deborah A. Batts_
United States District Court Judge 10/31/19